In re:                                              Chapter 13
                                                    Case No. 11-57059 ASW
EDWARD FREDERICK ROTH
STEPAHINE JANE ROTH                                 OBJECTION TO CLAIMS; NOTICE OF OPPORTUNITY FOR
                                                    HEARING; CERTIFICATE OF SERVICE
     Debtors                                        CLAIMANT: USAA Federal Savings Bank
_____ /                 CLAIMS NO: 6

The Debtors objects to the allowance of the claims described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| USAA Federal Savings Bank<br>c/o Wienstein and Riley, PS<br>2001 Western Ave. Ste 400<br>Seattle, WA 98121 | $8,914.82 | 8/19/2011 |

The aforementioned proofs of claim, filed on August 19, 2011 as Claim 6, absent any attachments or exhibits, are attached hereto as Exhibit "A"

The basis for the objection is that the claim:
___  duplicates claim no. _____ filed on _____ by _____.
___  does not include a copy of the underlying judgment.
___  does not include a copy of the security agreement and evidence of perfection.
___  No proof of supporting documents, such as the contract, payment history and invoices
___  Debtors surrendered their interest in collateral thereby rendering this claim unsecured.
**XXX  Pursuant to FBRP Rule 3001(c)(1) creditor has failed to provide copies of sufficient written evidence of its claims to Debtors such that Debtors believe such claims are unenforceable against either the Debtors and/or property of the Debtors by <u>this</u> creditor [11 USC §502(b)(1)]**

The Objecting Party will ask the Court to enter an Order providing that the claim is:
___  allowed as a secured claim in the amount of:        $_____.
___  allowed as an unsecured claim in the amount of:     $_____.
___  allowed as a priority claim in the amount of:       $_____.
___  disallowed as a secured claim.
**XXX  disallowed in their entirety, BUT FOR ANY DISTRIBUTION ALREADY MADE BY THE TRUSTEE IN THIS CASE.**

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty (20) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 1-22-2015                                            _____
                                                            Candee Lucas, Attorney for Debtors

**CERTIFICATE OF SERVICE**

I am not less than 18 years of age and not a party to the within case. My business address is: 2005 De La Cruz Blvd., Suite 203, Santa Clara, CA 95050. I served this OBJECTION TO CLAIMS; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Santa Clara, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 1-22-2015    at Santa Clara, CA                      _____

| UNITED STATES BANKRUPTCY COURT  NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE) | PROOF OF CLAIM |
|---|---|
| Name of Debtor:  EDWARD ROTH | Case Number:  11-57059 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
USAA Federal Savings Bank

Name and address where notices should be sent:

Usaa Federal Savings Bank
C O Weinstein And Riley, Ps
2001 Western Avenue, Ste 400
Seattle, WA 98121

Telephone Number:  (877) 332-3543

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Usaa Federal Savings Bank
C O Weinstein And Riley, Ps
Po Box 3978
Seattle, WA 98124-3978

Telephone Number:  (877) 332-3543

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim at Time Case Filed:**   $8914.82

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:**   CREDIT CARD
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:**   XXXXXXXXXXXX8079

   3a. Debtor may have scheduled account as: _____
   (See instruction #3 on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property of right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:

   Value of Property: $_____   Annual Interest Rate____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____   Basis for perfection: _____

   Amount of Secured Claim: _____   Amount Unsecured: _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -11 U.S.C. §507(a)(4).

   ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
(See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: August 19, 2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Richard S. Ralston<br>Richard S. Ralston, WA Bar No. 8546<br>Attorney for USAA Federal Savings Bank | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim:   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.